IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

HASANI LEE, and TONI WIGGINS,

Plaintiffs,

vs.

OMAHA HOUSING AUTHORITY, HEATHER LARSON, in her individual and official capacities; MAUREEN NOVAK, in her individual and official capacities; SARAH NOTTHORN, in her individual and official capacities; MATTHEW COOK, in his individual and official capacities; BRIAN HANSEN, individually; CARLA BRIMMER, individually; MARY SEDERSTROM, individually and as attorney; ERICKSON & SEDERSTROM, P.C., JULIE STEADMAN, individually and in her official capacity; OHA BOARD OF COMMISSIONERS, JOHN AND JANE DOES 1-10 ET AL, and JOHN AND JANE DOES 1-50,

Defendants.

**8:26CV410**

**ORDER**

Plaintiffs Hasani Lee and Toni Wiggins, non-prisoners, filed Motions for Leave to Proceed in Forma Pauperis. Filing No. 2 and Filing No. 3. Upon review of Plaintiffs' Motions, the Court finds that Plaintiffs are financially eligible to proceed in forma pauperis.

IT IS THEREFORE ORDERED that leave to proceed in forma pauperis is granted, and the Complaint shall be filed without payment of fees. Plaintiffs are advised that the next step in this case will be for the Court to conduct an initial review of their claims to determine whether summary dismissal is appropriate under 28 U.S.C. § 1915(e)(2). The Court will conduct this initial review in its normal course of business.

Dated this 12th day of August, 2026.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge